# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: R. H.-I., DATE OF BIRTH: 07/24/2000, A MINOR 20 YEARS OF AGE.

No. 83313

R. H.-I.,

Appellant,

vs.

THE STATE OF NEVADA,

Respondent.

FILED

MAR 1 0 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order certifying appellant as an adult for prosecution. Eighth Judicial District Court, Family Court Division, Clark County; William O. Voy, Judge.

Appellant's counsel has filed a notice of voluntary withdrawal of this appeal. Counsel advises this court that she has informed appellant of the legal consequences of voluntarily withdrawing this appeal, including that appellant cannot hereafter seek to reinstate this appeal, and that any issues that were or could have been brought in this appeal are forever waived. Having been so informed, appellant consents to a voluntary dismissal of this appeal. Cause appearing, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Herndon

SUPREME COURT
OF
NEVADA

(O) 1947A

22-07657

cc: Hon. William O. Voy, District Judge, Family Court Division
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A